## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAWN SHORT and**<br>**MELISSA BUGGER,**<br>**Individually and on Behalf of All Others**<br>**Similarly Situation,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GOEN TECHNOLOGIES**<br>**CORPORATION, NUTRAMERICA**<br>**CORPORATION, TRIMSPA, INC.,**<br>**and ALEXANDER SYZNALSKI,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07-CV-0119-MJR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

**REAGAN, District Judge:**

On November 1, 2007, the parties filed a stipulation to voluntarily dismiss this case without prejudice (Doc. 41). **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** provides that plaintiffs may voluntarily dismiss an action "by filing a stipulation of dismissal signed by all parties who have appeared in the action." Plaintiffs submitted a stipulation of dismissal signed by Erich Vieth, counsel for plaintiffs, and William V. Essig, counsel for defendants.

Pursuant to the parties' stipulation, the Court hereby **DISMISSES** the case **without prejudice**, with each party bearing its own costs.

**IT IS SO ORDERED.**

**DATED this 6th day of November 2007.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**